IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

MOHAMMED HAMZAH KHAN,

Defendant(s).

Case No. 14-CR-00564-1
Judge John J. Tharp, Jr.

## ORDER

Change of plea hearing held. Defendant informed of his rights. Defendant withdraws plea of not guilty to the Indictment. The court enters judgment of guilty. Status hearing set for 12/3/15 at 11:30 a.m. to discuss a sentencing date. Defendant is to remain in custody.

Date: 10/29/2015

John J. Tharp, Jr.
United States District Judge