UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

UNITED STATES OF AMERICA
                Plaintiff,

v.                                       Case No.: 1:14−cr−00564
                                              Honorable John J. Tharp Jr.

Mohammed Hamzah Khan
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 28, 2018:

     MINUTE entry before the Honorable John J. Tharp, Jr. as to Mohammed Hamzah Khan: Upon the defendant's agreed telephonic request, the show cause hearing is reset for Thursday, 3/29/18 at 1:00 p.m. Mailed notice (air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.