**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 14 CR 564 |
| | ) | Judge John J. Tharp, Jr. |
| MOHAMMED HAMZAH KHAN, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S EXHIBITS REGARDING**
**THE GOVERNMENT'S MOTION TO REVOKE SUPERVISED**
**RELEASE AND MODIFY SUPERVISED RELEASE CONDITIONS**

Defendant, **MOHAMMED HAMZAH KHAN**, by and through his attorneys, **THOMAS ANTHONY DURKIN** and **ROBIN V. WATERS**, pursuant to the Due Process Clause of the Fifth Amendment to the Constitution of the United States, as well as U.S.S.G. § 7B1, and 18 U.S.C. § 3553, respectfully submits the following Defendant's Exhibits Regarding the Government's Motion to Revoke Khan's Supervised Release and Modify Khan's Supervised Release Conditions (Dkt. #111):

A.      Def. Exhibit Statement 1:
           1.      Mr. Khan's Statement to the Court
B.      Def. Exhibit College of DuPage 1 – 15:
           1.      Mr. Khan's Unofficial Transcript
           2.      Email re: Academic Honors, 1.3.18
           3.      Email re: Honors Program Eligibility, 1.4.18
           4.      A Threat to Humanity: Global Warming
           5.      Response Paper 1, American Exceptionalism
           6.      Response Paper 2, Wealth of Nations
           7.      Response Paper 4, Were the Founding Fathers Democratic?
           8.      History 1130: History of the United States to 1865 Test
           9.      Response Paper 1, Hammurabi
           10.      Response Paper 2, Homer's Ideal; *The Iliad*
           11.      Response Paper 3, The Funeral Oration of Pericles
           12.      Response Paper 4, The Assassination of Julius Caesar
           13.      Response Paper 5, Einhard, *The Life of Charlemagne*
           14.      Response Paper 6, Sermon on the Mount

15      History 1110: Western Civilization Until 1600 Test

Respectfully submitted,

/s/Thomas Anthony Durkin
**THOMAS ANTHONY DURKIN,**

/s/Robin V. Waters
**ROBIN V. WATERS,**
Attorneys for Defendant.

**DURKIN & ROBERTS**
2446 North Clark
Chicago, Illinois 60614
(312) 913-9300
tdurkin@durkinroberts.com
rwaters@durkinroberts.com

## <u>CERTIFICATE OF SERVICE</u>

Thomas Anthony Durkin, Attorney at Law, hereby certifies that the foregoing Defendant's Exhibits Regarding the Government's Motion to Revoke Supervised Release and Modify Supervised Release Conditions was served on May 30, 2018, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

/s/ Thomas Anthony Durkin
**THOMAS ANTHONY DURKIN,**
Attorney at Law.

**DURKIN & ROBERTS**
2446 N. Clark Street
Chicago, IL 60614
(312) 913-9300
tdurkin@durkinroberts.com

3

# DEFENDANT'S EXHIBIT

# STATEMENT - 1

### Statement to the Court of the Northern District of Illinois

With permission and all due respect to the District Court of Northern Illinois, I would like to say a few words today regarding how my life has been since I was released from the custody of the BOP in the September of 2017, and my feelings regarding this irresponsible act.

On August 2017, I restarted my studies and began finishing up my general education requirements. My first semester ended with a perfect 4.0 GPA, a recommendation to join the respective College's Honors program, and multiple offers for scholarships. I've attended a University before, but this semester was different. This semester was the first in which I met and interacted with people from a variety of backgrounds and experiences which helped me in expanding my worldview and develop a sense of understanding of those around me. This led me, for the first time, to form a small circle of non-Muslim friends and acquaintances which I have continued to maintain ties with.

My Winter Break was like any other. I started a job and began working to pay off two student loans that I had acquired more than 3 years ago. Checkups on my credit score revealed that it was gradually getting better due to timely payments and my enrollment in the Federal Loan Consolidation Program. Currently, I have nearly finished up paying one of those two loans. In addition to working, I also started to volunteer at a local park district. For the first time, I felt responsibilities and maturity starting to set in.

After Winter Break, the Spring 2018 Semester commenced. I began juggling volunteer work, a job, and school for the first time. My classes went great, and I began to study Shakespeare. For the first time, I became interested in this character named William Shakespeare. While I was In grade school, one had to pay me in order to finish a chapter of one of his works. However, after reading one of his works for class, I began inquiring as to who this man really was and what struggles he had to go through to become what he is today. In addition to studying Shakespeare I also started studying Western civilization and its effects on modern-day America. Moreover, I have also delivered speeches regarding the much-debated phenomenon known as global warming and the issue of free education. I would be happy to give a text of those speeches to the Court. The willingness to rebuild my life can be reflected on my midterm examination scores that I had two weeks ago. I received As on all of them and continue to maintain a 4.0 GPA. Nearly all of my professors have stated that my writing sticks out from other students due to the diligent amount of thought I put into them.

In addition to earning good grades in school, I have also joined extra curricular clubs to meet people with different views and opinions. For example, I am part of an oriental culture club which focuses on Far East Asian cultures. I have also joined a national club which gathers students to discuss past or present issues and to come up with solutions.

Moreover, I have started counseling sessions which I feel have started to widen my horizons and has helped me in getting out of my old mindset into one which is more accepting and appreciative of others.

On March 20, when Probation officers conducted a search on my residence they found drawing depicting the 'black flag' of ISIS with some Arabic writing. I would like to point out that the same writing can be found in my discovery from 2014. In addition, this piece

of paper was in a location which is rarely searched in our residence and has been there since before my arrest in 2014.

Nonetheless, the reason I have mentioned my achievements here today is not to brag or boast. Rather, it is to show that the Court's decision to release me back into society has not been in vain. Rather, it has been beneficial only for myself. I have and continue to rebuild my life by attending college, participating in extracurricular activities, being employed, and engaging in volunteer work. My irresponsible decision, due to which I am here today, only shows me that I have more to do in terms of making responsible decisions for myself. I take full responsibility for it and realize the gravity of my reckless decision. I also want to apologize to the Court for the inconvenience my act has caused and genuinely make amends for it. I realize that my act has no justification even if the device wasn't utilized in the same manner as would have been the case in 2014. There is no other person disappointed in me than myself. Not only is rectification the answer to correcting my blunder, but a constant guilt conscience on the repercussions resulting from mistakes such as this one.

# DEFENDANT'S EXHIBIT

# COLLEGE OF DUPAGE 1

# College of DuPage -- Unofficial Transcript

[Adult Education Course History](#)   [Non Credit Course History](#)

| ID | Name |
|----|------|
| 1518063 | Mohammed Khan |

This is a list of course credits earned at the College of DuPage. To view credits granted for transfer credit from another institution, select the Transfer Course Summary link from the Academic Profile menu.

To view Adult Education Course History, click Adult Education Course History.
To view Non Credit Course History, click Non Credit Course History.

| Course/Section and Title | Grade | Credits | Term | Notes |
|--------------------------|-------|---------|------|-------|
| CHEMI-1551 011 Principles of Chemistry I | | | 2018FA | |
| ENGLI-1101 042 English Composition 1 | | | 2018FA | |
| SPANI-1101 030 Elementary Spanish I | | | 2018FA | |
| ENGLI-1130 020 Introduction to Literature | A | 3.00 | 2018SP | |
| HISTO-1110 020 Western Civilizatin Until 1600 | A | 3.00 | 2018SP | |
| HISTO-1130 050 U.S. History to 1865 | A | 3.00 | 2018SP | |
| SPEEC-1100 080 Fundmntls Speech Communication | A | 3.00 | 2017FA | |
| GEOGR-1105 001 Eastern World Geography | A | 3.00 | 2017FA | |
| RELIG-1150 045 World Religions | A | 3.00 | 2017FA | |

| | Completed Credits | Official GPA | Total GPA Credits | Total Grade Points | Academic Standing |
|---|-------------------|--------------|-------------------|--------------------|-------------------|
| Institutional Credits: | 18.00 | 4.000 | 18.00 | 72.00 | HONR - Academic Honors |

** **NOTE** ** The Official GPA (which appears on your Official Transcript) is calculated on college-level coursework only. These are courses numbered 1000 and above.

| Credentials | Conferred Date |
|-------------|----------------|
| ** None on File ** | |

# DEFENDANT'S EXHIBIT

# COLLEGE OF DUPAGE 2

**From:** Khan, Mohammed
**To:** Robin Waters
**Subject:** Fw: Academic Honors for the Semester
**Date:** Wednesday, March 28, 2018 12:45:40 PM

---

**From:** gradesdept@cod.edu <gradesdept@cod.edu>
**Sent:** Wednesday, January 3, 2018 3:08 PM
**To:** Khan, Mohammed
**Subject:** Academic Honors for the Semester

Dear Mohammed,

Congratulations! As a result of your Fall 2017 grades, you've achieved Academic Honors for the semester. College of DuPage "Standards of Academic Progress" specifies completion of at least 6 credit hours of college-level coursework with a term Grade Point Average (GPA) of 3.50 in conjunction with a cumulative GPA of at least 2.00 in order to receive Academic Honors for the semester.

We're very proud of your accomplishment and all the effort that went into your success. This academic achievement will be indicated on your official transcript. We wish you continued success as you work toward completing your educational and career goals and encourage you to take advantage of the student success resources available to you.

Counseling & Advising Center, Student Services Center, Room 3200, 630-942-2259
 • Educational planning assistance

The Learning Commons, Student Resource Center, Room 2102, 630-942-3941
 • Academic support services

Career Services, Student Services Center, Room 3258, 630-942-2230
 • Internships, Service Learning, Career development workshops

Best wishes and keep up the momentum!

Sincerely,

Earl E. Dowling

Vice President, Student Affairs

P.S. If you are receiving financial assistance, you will need to verify your financial aid status in regards to US Department of Education Satisfactory Academic Progress Standards for Federal Aid. To view this status, please log in to myACCESS and view Check Standards of Academic Progress Status under the Financial Aid menu.

1518063
CAEHONR

# DEFENDANT'S EXHIBIT

# COLLEGE OF DUPAGE 3

**From:** Khan, Mohammed
**To:** Robin Waters
**Subject:** Fw: Honors Program Eligibility
**Date:** Wednesday, March 28, 2018 12:46:09 PM

---

**From:** myaccess@cod.edu <myaccess@cod.edu>
**Sent:** Thursday, January 4, 2018 1:19 PM
**To:** Khan, Mohammed
**Subject:** Honors Program Eligibility

Dear Mohammed,
Congratulations!
As a result of earning at least a 3.2 cumulative GPA after eight college-level credit hours, you qualify to take Honors classes at College of DuPage. You can register for Honors courses as part of your upcoming schedule.
The Honors Program at College of DuPage is a vibrant community of students and faculty dedicated to academic excellence. The program offers many benefits, including:

*a variety of required courses and electives,
*small class size for in-depth learning,
*extra-curricular activities and events,
*Honors recognition on your transcript, and
*transfer scholarship opportunities.
You will need to maintain a cumulative 3.2 GPA to take Honors courses.
For more information about the Honors Program, please see the Honors website: http://www.cod.edu/honors.
For counseling regarding your educational plan, please contact Counseling and Advising Services: http://www.cod.edu/counseling/index.aspx.
Sincerely,
Professor Lisa Higgins
Director, Honors Program
Professor of English
College of DuPage
honorsprogram@cod.edu
RGEHONOR
1518063

# DEFENDANT'S EXHIBIT

# COLLEGE OF DUPAGE 4

A Threat to Humanity: Global Warming

By: Hamzah Khan

**Attention Getter:** "Mankind survived the last ice age. We're certainly capable of surviving this one. All depends on whether or not we're able to learn from our mistakes" said Jack Hall in the movie *The Day After Tomorrow,* one which, for the most part, accurately portrays the disastrous effects of global warming.

**Us/We Audience Statement:** Global warming is a phenomenon which should be a concern for every human being as our very survival can be at stake. In today's political climate, it is important to know the facts about global climate change between the alarmists and skeptics.We have those who say that the world will drown tomorrow, and then those who completely deny that our global temperature is rising, despite countless amounts of evidence.

**Credibility:** I used research from the Union of Concerned Scientists or UCS, the Woods Hole Research Center, and GreenPeace.com.

**Thesis:** So today I will be talking about global climate change also called global warming.

**Preview Main Points:** I will first go more in depth about what is climate change, then proceed to explain the effects of climate change, and finally what we can do to prevent a similar scenario as seen in the movie *The Day After Tomorrow.*

**Main Point 1**: So what exactly is global warming or climate change?
        Subpoint 1:  To understand what global warming is we first need to know the difference between climate and weather. Weather is the changes we see and feel outside. Weather is forecasted, tracked and so forth. Climate is the usual weather of a place. Some areas have cold climates like Alaska and Antarctica. Others have hot climates like those in Florida and Hawaii. And others have an alternating climate; hot on some months, cold on others, and moderate in the rest like Chicago. What we will be discussing today is global climate change. That is, climate changes in different areas of the globe.
        Subpoint 2:  Another concept we should be familiar with is called the greenhouse effect. A greenhouse is one of those glass structures in which there are plants and other vegetation. Plants need sunlight, so what the greenhouse does is absorb the sunlight and makes it difficult to escape. By the same token, emissions from factories and other mechanisms like cars go into our atmosphere and mix with the already present gases over there making the atmosphere even more thick. So when sunlight comes in, it becomes more difficult for it to return back to space thus raising our global temperature
        Subpoint 3: I would like to throw out some facts out about global warming. According to the Union of Concerned Scientists or UCS, for the past fifty years, the emissions have resulted in a 30% increase in the size of the atmosphere, making it more thicker. You can imagine the atmosphere like a huge blanket covering the planet that not only protects us from asteroids but

from harmful sunrays and overheating. Over 600,000 deaths occur every year as a result of climate change. These can range from pollution to floods and wildfires that occur directly or indirectly as a result of climate change. According to Mark Maslin, a climate change expert and author of *Global Warming: A Very Short Introduction,* the amount of heat that our earth is accumulating is equivalent to 400,000 atomic bombs, like those dropped on Hiroshima, exploding everyday around the world. Just reflect on this. Here is a picture of what one atomic bomb did to the city of Hiroshima. According to the Environmental Defense League, from 1961 to 1997, the world lost 890 cubic miles of ice.

**Transition 1:** We just talked about what is climate change. Now I want to proceed and talk about its effects.

**Main Point 2:** The effects of climate change are many. As stated earlier, they play a direct or indirect role in natural disasters like floodings, wildfires, hurricanes and such.

Subpoint 1: Floodings are a direct result of global climate change and I'll explain how. Some areas of the Earth are meant to be cold like in the North and South poles. However, when the global temperature rises it causes these areas to warm up as well. As a result, glaciers start to break up and slide into the ocean. Now what happens when you have a glass of water and add some ice cubes to it? The level of water rises. And that is exactly what happens when these pieces of glaciers break off and slide into the ocean. The result is what we know as rising sea levels.[]. And as the water level starts to increase it gradually moves inland and starts flooding areas. When there is more heat it also tends to increase the amount of rain we have as well thus increasing the pace of water moving inland. The result is... [].  As of now, certain glaciers are melting at an alarming rate. In 2016, a team of scientists from the British Antarctic Survey stated that one of the world's largest glaciers, the Pine Island Glacier which is roughly ⅔ the size of the U.K and has melted 25% of the ice lost in Antarctica.

Subpoint 2: Global warming also has an indirect role in wildfires. Although there is little evidence to show that global warming starts wildfires it definitely provides the suitable environment to do so.  When fire starts up, it needs heat and dryness to expand. If a certain area is going through a drought, it would be the best suitable environment for a wildfire to thrive and decimate everything in its path. The perfect example of this would be what's happening in California. California is in the middle of a drought, where little to no rain falls at all in many areas. With global warming and massive amounts of trees dying out, it provides a fertile ground for a forest fire to thrive.

Sub Point 3: There may be assumptions that global warming is going to make all places on earth hotter. However, there are also places where it is actually getting cooler. Back to the glass of water example. Let's say you put some lukewarm water in a glass. Then you add some ice. What happens to the water? Is it still going to be lukewarm? No. It will become colder, and your glass will start to frost. Until the ice cubes completely melt and the water is still standing in room temperature will it become warmer. Such is the case when glacier pieces fall into the ocean. Areas where the ice still hasn't melted start to see the weather becoming colder and having prolonged winters like the United Kingdom, Scandinavia, or South Africa.

Transition 2: We just discussed the effects of climate change. Now what can we do about it.

**Main Point 3:** According to Pew Research, global warming was a phenomenon people rarely believed a few decades ago. However, recently, massive amounts of scientific evidence has proved otherwise and so has the desire to combat it.

Sub point 1: To combat climate change, in 1997 global leaders agreed on what is known as the Kyoto Protocol. Kyoto is a city in Japan and the place where the Protocol was decided upon. The Kyoto Protocol mandated that all industrialized nations like the United States, Russia, the European Union, and others cut down on emissions resulting in the greenhouse effect. Developing nations like India, Vietnam, and others could voluntarily comply with the Kyoto Protocol. According to Reuters News Agency, in 2001, the United States dropped out of the Kyoto Protocol stating that it was hurting its economy and those of its trading partners. And in 2011, Canada dropped out as well because the United States and China were not a part of it (CBC News).

Sub point 2:  In 2015, countries from all over the world signed a new agreement called the Paris Accord. In this Accord, global leaders agreed to drop the level of temperature increase to two degrees Celsius each individually adopting policies that would effectively so so.. As of now, the Paris Agreement has held largely even when the United States pulled out of it shortly after Donald Trump became the President.

Sub point 3: Activist groups like GreenPeace and the Youth Coalition Against Climate Change, rake in millions of dollars from all over the world from private and public donors alike to spread awareness about climate change (greenpeace.com). This has played an instrumental role in waking up the public in taking more action to combat climate change and pressure local leaders to adopt policies in defense of the planet. In addition to the Kyoto Protocol and the Paris Accord, many other forums have taken place empowering the public about the effects of global climate change and the different ways to combat it.

**Conclusion:** In closing, I would like to say that climate change should be a real concern for the survival of our human race. Air pollution, rising sea levels, the extremity of natural disasters are only going to get worse if global warming continues. Hurricanes Harvey, Maria, Jose, and Irma should remind us that these are the results of our society's own doing. According to a New York Times editorial columnist Carl Zimmer, if climate change continues at its current pace,one in every six animal and plant species will get extinct (Carl Zimmer, *New York Times*, "Study Finds Climate Change as Threat to 1 in 6 Species"). As individuals we can all take steps to combat global warming. These can be using your car less and taking more "green" options like biking or using public transportation. All climate-change activists promote what is known as the three R's. Them being Reduce, Reuse, and Recycle. If everyone can at least just stick to these three R's, it should make a tremendous difference in healing our planet. Solar and wind energy is also gaining interest, not only for its efficiency, but being less costly to the planet. Many companies have started to invest in solar and wind energies. Families have installed solar panels on their roofs instead of using electricity.

**Take-Away line:**  Global Warming is not going to just go away while we continue to do what we are doing. It will only go away when we change our methods and start caring for the planet we call home.

**Closing statement:** As one climate-change activist stated, "You will not solve global climate change by hitting the delete button."

**Bibliography:**

1.) https://www.nrdc.org/stories/global-warming-101
2.) https://www.livescience.com/37057-global-warming-effects.html
3.) https://www.britannica.com/science/global-warming
4.) www.nationalgeographic.com/environment/climate-change
5.) https://whatsyourimpact.org/global-warming
6.) https://www.nrdc.org/stories/how-you-can-stop-global-warming
7.) http://www.ucsusa.org/global_warming#.WfI50IWcHIU
8.) http://www.greenpeace.org/usa/global-warming/
9.) Maslin. M. *Global Warming: A Very Short Introduction*. Oxford University Press: Oxford, 2004.
10.) Environmental Defense Fund. "Global Warming Myths and Facts." https://www.edf.org/climate/9-ways-we-know-humans-triggered-climate-change?tagID=1011
11.)

# DEFENDANT'S EXHIBIT

# COLLEGE OF DUPAGE 5

20/20

Hamzah Khan

American Exceptionalism, Response Paper #1

2/5/2018

615 words

America has many things which make it an exceptional country. Certain characteristics mark it differently than that of many other countries. America, as a nation, is a relatively new country in comparison to other countries. Many countries have a deep and rich history which spans for multiple centuries and even millennia. On the other hand, America's history is intrinsically woven to that of England.   Many of its founding fathers were those of English descent and this, undoubtedly, left a cultural mark on what we know today as the United States. Although attempts were made in the early days to culturally separate from England, such as Thomas Jefferson's attempt to make the official language of the United States into Old English, these did not end up to fruition. As such, many aspects of American culture, definitely not all, reflect English ancestry. However, the main difference between the United States and England are their ideological roots. America was founded upon secular, democratic principles whereas England was under monarchies and strongmen ever since its history began. Although the modern-republic of France also underwent revolution it was not quite as successful as that of America's.

Although American exceptionalism is not a fixed term, it does have origins and roots from where it came from. According to political historians, the concept of "American exceptionalism" occurred in the 1920s. During the Cold War, it was utilized by Communists to counter the claim by those who said that America was susceptible to not fall for Communism. With the fall of the Soviet Union, it was later used to describe its political and ideological uniqueness from the rest of the world. Nonetheless, American exceptionalism was a term defined differently by many individuals. Some described America as an exceptional country because of the absence of feudalism which was widely present in Europe until the

late 19th century. Puritans thought America was exceptional because it was a bastion from which they could freely practice their version of Christianity away from the shadow of the newly-invented Anglican Church. With the advent of the American Revolution, many patriots, including Thomas Jefferson, believed that America was struggling for something which was unheard of in Europe at that time. Following thereafter, American became exceptional due to its democratic form of government which was unheard of in many parts of the world. According to some political scientists, America is exceptional because of three things: liberal tradition, political democracy, and economic freedom. Adding on, some political scientists say that America has a strong liberal tradition because it effectively separates state and religion. As for political democracy, they say that all are allowed to participate in the say of the government. However, this has exceptions like illegal immigrants or felons. In terms of economic freedom, America prides itself in having a capitalistic society. That is, a society which believes in strict private ownership and that the government cannot have private ownership over any resources of the land. According to the Heritage Foundation, although America doesn't rank in the top of the tier for economic freedom, it is definitely a place where there is economic freedom. Today, many countries have taken on the governance model of the United States. Although they may not be exact replicas of the American model of democracy, many societies have reached or surpassed America's level. That is, although America has yet to develop to keep democracy evolving, there are others that have surpassed it in key aspects such as economic freedom. However, many others are still developing their democracies and which will take decades, if not centuries, to reach America's level. This is due to the fact that America has consistently remained a democracy: uninterrupted by upheavals against its ideological roots.

# DEFENDANT'S EXHIBIT

# COLLEGE OF DUPAGE 6

Hamzah Khan

Wealth of Nations

Response Paper #2

602 words

One of the most prominent works detailing the wealth of nations was written in 1776 by the Scottish philosopher Adam Smith. For those studying economics, it is a fundamental and must-read to understand it in the modern-day context. This book had a profound influence on economic writers from Karl Marx to capitalist, free-market thinkers. One of the most common themes within Smith's work is the idea that economy is a mechanism that can run automatically given there is certain autonomy granted to it. Personal self-interest, or the "invisible hand" as Smith puts it, is what spurs the economy of a nation. Without self-interest, which is a predominant characteristic of human beings, there would be no competition, which in turn would lead to low and decreasing amount of capital in the world.

Smith, throughout his works, places emphasis on free trade and the unnecessary government control over the economy. However, this can also lead to unnecessary consequences when capitalism starts to devour democracy. The result of this is a mercantilist-type economy in which the government is totally controlled by corporations. Asked what the definition of fascism is, Benito Mussolini stated that it is the marriage between corporations and the government. Nonetheless, too much freedom nor too much restriction should be placed on the economy. Although the central government should interfere, such as imposing an increase in tariffs and such, when it is in the interest of the people. That way, there can be plenty of area for the healthy growth of an economy, while also keeping it check so it doesn't devour the governmental structure.

Another important aspect which is discussed by Adam Smith in his Wealth of Nations is the importance of investment. As mentioned earlier, economy should be kept separate from the government, while the government should have some level of control over it. Investment is the one way where private citizens can get involved in the process, even those who don't necessarily have the capital or the material to hold out a corporation of their own. Thus, investment is one of the preventative measures which can be used to hand over the economy to a nation's private citizens. Another advantage of investment is that it maintains a gap between the rich and the poor. Although not minimizing it, investment will also maintain that it does not increase the divide.

As is with capitalism, there will be that concentration of wealth at the top of the hierarchical pyramid. However, for any capitalistic society to properly function it needs to have a hierarchical pyramid which concentrates wealth into the hands of a select few. Without a pyramid, it will descend into a communist/socialist type of society that will limit production and quality of goods. With the advent of globalism, not only has the capitalistic structure been limited to the United States but spread to other parts of the world as well. There are few places left which adhere to other economic structures, but majority of the world has adopted the capitalistic structure thus resulting in benefits and also many negatives. Although it may be argued that there are less poorer people today then there were in history, this is only due to the arrival of technology after the Industrial Revolution were these results came into being. In addition, inflation also reared its head throughout the world's history thus attesting to the limits of the world's resources and the tremendous competition surrounding them. Nonetheless, in my opinion, capitalism is a system that is temporary and will eventually erupt into conflict as resources become scarcer and the demand for supporting one's citizens continues unabated.

# DEFENDANT'S EXHIBIT

# COLLEGE OF DUPAGE 7

Hamzah Khan

Were the Founding Fathers Democratic?

Response Paper #4

613 words

Some of the most revered individuals in any country or nation are its founders. In the United States, the Founding Fathers are some of the most revered individuals credited with bringing about the Constitution and signing the Declaration of Independence. Some of the Founding Fathers were well-known like George Washington, Alexander Hamilton, and John Adams. These Founding Fathers were credited with founding the first modern-day democratic institution. A nation built upon reformist ideals of the Enlightenment from philosophers like Rousseau and John Locke. Although the founding of the United States was driven largely by idealism by the Founding Fathers (since there wasn't any contemporary model), it can nonetheless be said that it was key in motivating troops during the Revolutionary War. Writers like Thomas Paine and Paul Revere beautified this idealism by painting the regime of King George and his tyranny against the American people. One has to keep in mind that the first democratic nation was made in the shadow of powerful monarchies and regimes. For example, shortly after Shay's Rebellion many of the Founding Fathers, especially George Washington, realized that some type of control was required over the population. It was at that moment where many in power at that time in America realized their idealism was short-lived and that populace needed some type of control. The ineffectiveness of the Articles of Confederation highlighted the weakness of the central government. Some of the Founding Fathers realized that the central government should have more power in order to mobilize the Army in case of an invasion or internal rebellion. Many of the Federalists' concerns would be put into view in the

War of 1812 against the British. Due to the utter confusion in the beginning for the mobilization of the Continental Army against the British invaders. Although there were some who still stood for stronger localist State autonomy, there was near consensus that the Federal government needed to be strengthened to present a more powerful front to the international community.

This brings the question: Did the Founding Fathers have democratic motives since the beginning of America or was it just a facade to consolidate their power over the new nation? Some historians have stated that many of the Founding Fathers had personal interests when meting out the Constitution. Liberal historians such as Howard Zinn have cited several examples of why the Founding Fathers had ulterior motives for founding a new country. An example, according to Zinn, is John Hancock who controlled a large supply of imports into the Americas. Since the British were cracking hard on smugglers and tax-evaders, Hancock looked at the founding of a nation in the interests of his business ventures. Another example is Alexander Hamilton who believed that the President and the Senate should be chosen for life. To modern-day Americans this statement may seem absurd and completely contradictory to the values of liberal American democracy. Nonetheless, Alexander Hamilton is considered a Founding Father of the United States.

Another point that is brought up is that the Constitution did not apply to more than half of America's population. Women, slaves, and indentured servants had no suffrage and thus weren't included in those who were considered free and those who could enjoy the same rights as those of white, landholding Americans. It was this disillusionment that led to rebellions like Shay's against the central government. Although today most American citizens have rights, with the exception of felons and such, there is still a long way until America is truly an egalitarian society where all citizens have an equal say and vote in choosing their government.

# DEFENDANT'S EXHIBIT

# COLLEGE OF DUPAGE 8



© 2012 Scantron Corporation. ALL RIGHTS RESERVED. U.S. Patent NOS.: 7,298,901 B2; 8,718,535

NAME: Mohammed H. Kha

SUBJECT: US History

DATE: 3/14/2016

TEST NO:

PERIOD:

**HISTORY 1130    TEST S 18**
Name_____ Mohammed H. Khan_____ Date 3/14/2018

## Multiple Choice Questions-----1.5 points per question

43.5
1
15
30
90
100

1. A person who adheres to predestination believes that
   a. God chooses salvation or damnation at the time of one's birth
   b. the Catholic Church is the religious and secular leader of society
   c. cultures of Africa are inferior to those of South Africa
   d. acts of Christian kindness are needed to achieve salvation

2. The conqueror of the Aztecs was
   a. Nunez de Balboa
   b. Ponce de Leon
   c. Hernan Cortes
   d. Vasco de Gama

3. Technological advantages were a great factor in Spain's conquest of the Aztec's, but an even more important factor was
   a. European diseases that devastated the native population
   b. the Aztecs lack of military tradition
   c. the fact that the Spaniards outnumbered the forces of the Aztecs
   d. the persuasive role that Christianity had on Aztec resistance

4. The first successful English settlement in the New World began in 1607 at
   a. Jamestown
   b. Roanoke Island
   c. Massachusetts Bay
   d. Plymouth Rock

5. An indentured servant was
   a. a class of domestic servant who lived in Virginia
   b. a term used to describe African slaves in the seventeenth century
   c. a private in the system of military discipline at Yorktown
   d. a contract worker who was bound to an owner for a fixed time

6. The Act of Religious Toleration was passed in
   a. Virginia
   b. Massachusetts
   c. Maryland
   d. New Hampshire

7. The Pilgrims settled at
   a. Jamestown
   b. St. Christopher
   c. Maryland
   d. Plymouth

8. Why did the Iroquois challenge Amerindians of the Great Lakes and Ohio Valley?
   a. Those tribes had intruded on Iroquois land
   b. The Iroquois wanted to maintain control of the fur trade
   c. The French had provided Iroquois rivals with guns
   d. The Iroquois were defending the land of the Huron



9. Which statement about King Philip's War is **true?**
   a. The Indians were easily defeated in a few months
   b. Disease and food shortages hindered the Indians' war effort
   c. Despite many battles, few deaths occurred
   d. The English showed compassion in negotiations of peace

10. During Bacon's rebellion,
   a. rebels burned Jamestown to the ground
   b. the government never experienced a serious threat
   c. more settlers than Indians were killed
   d. the government passed a law forbidding encroachment on Indian lands

11. The Stono Rebellion resulted in
   a. more sympathy for the plight of African slaves
   b. no deaths, but still caused great concern among whites
   c. stricter slave supervision laws in South Carolina
   d. a strong alliance between African slaves and Indians

12. Which provides the best definition of *mercantilism?*
   a. A style of habits and manners practiced by the British and American merchants
   b. A form of capitalism that encouraged no intervention of free trade
   c. A strategy of only hiring foreign sailors to man British ships
   d. A belief in governmental planning for the purpose of increasing national wealth

*****BONOUS QUESTION-In 1492 Columbus sailed the ocean blue! Insert correct date and win 1 free point!!!!!!!**

13. A major effect of the Great Awakening in America was
   a. a decline in immigration from England to the Middle Colonies
   b. a renewed interest in national allegiance to the Anglican Church
   c. a powerful new emphasis on the emotional aspects of religion
   d. a reduction in the number of Americans who went to hear sermons

14. At the conclusion of the war, General Washington
   a. did not acknowledge decisions made by the Continental Congress
   b. did not allow Loyalists to leave the newly formed United States
   c. refused to lead a military coup that would have established him as sole ruler
   d. led an unauthorized attempt to conquer Canada

15. Many American colonists did not like the Proclamation of 1763 because it
   a. threatened to deprive them of western lands that they desired
   b. gave France the Mississippi Valley territory
   c. withdrew the presence of British troops in the colonies
   d. placed duty taxes on commodities essential to the American economy

16. The leadership of the Sons of Liberty
   a. was disliked by Samuel Adams
   b. lived mostly in poor sections of Boston
   c. was opposed to nonimportation
   d. came mostly from the middle and upper classes

17. All of the following are true about the Stamp act **except**
   a. it was repealed by Parliament



b. it faced opposition from a wide range of colonists
c. it was an internal tax
d. it cost colonists a great deal of money

18. Volunteers in local militias were sometimes known as
    a. Minute Men
    b. Tories
    c. Country Whigs
    d. Loyalists
    e.

19. The advocates of colonial rights began to call themselves
    a. Whigs
    b. Tories
    c. Loyalists
    d. Regulators

20. Which was the only event to take place in the 1770's?
    a. **The Boston Tea Party**
    b. Vice Admiralty courts extended
    c. Protests against Stamp Act
    d. Writs of Assistance first issued

21. The opening passage of the Declaration of Independence states that
    a. Americans deserve the right to vote for members of Parliament
    b. It is the King , and not Parliament, who is to blame for problems in America
    c. All men are created equal
    d. Liberty lives in peoples hearts

22. Foreign nations began to see that the Americans could win the war after a victory at
    a. Brandywine Creek
    b. White Plains
    c. Saratoga
    d. Charleston

23. A positive outcome of the harsh winter at Valley Forge was
    a. the American army trained hard and became more disciplined
    b. Horatio Gates was promoted to commander of the Continental Army
    c. The improved methods of medicine used by continental physicians
    d. The surrender of General Howe's army in Pennsylvania

24. The Continentals and their French allies forced General Cornwallis' surrender at
    a. Yorktown
    b. Concord
    c. Saratoga
    d. Kings Mountain

25. The Treaty of Paris established all of the following **except**
    a. the independence of the United States
    b. American fishing rights off eastern Canada
    c. The canceling of all debts owed to England by American merchants
    d. The withdrawing of all English troops from the new American nation

26. For most Native Americans, the outcome of the Revolutionary War can best be described as

    a. inconclusive
    b. disastrous
    c. neutral
    d. encouraging

27. The creators of the Articles of Confederation
    a. were mainly made up of reluctant supporters of the Revolution
    b. feared the encroachment of centralized power
    c. were Tories who sabotaged the American war effort
    d. asserted that the President should have final say in all matters

28. Delegates met at the Annapolis Convention to
    a. create a new federal government
    b. call for a regulated land policy for the Northwest
    c. challenge the institution of slavery
    d. devise a universal system of commercial regulation

29. Coming out of the Constitutional Convention, which unresolved issue would have the greatest impact on later American history?
    a. Judicial review
    b. Slavery
    c. The status of the Supreme Court
    d. The method of electing Senators

30. Many Antifederalists were concerned that the original draft of the Constitution did not
    a. make attempts to end slavery
    b. include a Bill of Rights
    c. provide specific language about judicial review
    d. create a bicameral national legislature

**Identify and provide in 2 or 3 sentences the significance of <u>FIVE (5)</u> of the following-5 points each.**

1. Coercive Acts
2. Natural Rights
3. Whig History
4. Sons of Liberty
5. Stono Rebellion
6. Stamp Act
7. Albany Plan of Union
8. Minute Men
9. Cahokia
10. Shay's Rebellion
11. The Boston Tea Party

**Essay Questions-15 points. Please answer each question in a concise paragraph.**

1. What were the major themes of the Declaration of Independence?

2. In what ways was the Great Awakening a social as well as religious movement?

## Stamp Act:

The Stamp Act was passed by Parliament upon the American colonies. It was a result of the French & Indian War which was very costly and landed the Crown on a mountain of debt. It was later repealed by Parliament due to opposition from the Colonists.

## Minute Men:

The Minutemen were those militiamen who were farmers and initially fought the British "Redcoats" They were called Minutemen due to them being prepared at a minute's notice at the onset of any hostility by British Redcoats. The Minutemen would largely serve in General Washington's Continental Army.

## Boston Tea Party:

The Boston Tea Party was an act of civil Disobedience by the Sons of Liberty against the British. Hundreds of Pounds of tea were dumped in the Boston Harbor. The Tea Party resulted in Parliament passing the so-called Intolerable Acts.

4.

−10  5.

Essay

6

① The major themes of the Declaration of Independence were liberty, equality, and independence in addition to others as well. The Declaration states in the beginning that all men are created equal thus stressing egalitarianism which was rare in contemporary, largely monarchical, Europe. The Declaration also stated that every man had God-given basic human rights. It went further by stating that it was the duty of a government to protect these God-given rights of every citizen. Lastly, the Declaration made clear that America and Britain were two separate sovereign nations, thus declaring America's independence from their mother country. The Declaration would be the most pivotal document in recent history as many revolutions, most notably the French, would be greatly influenced by it.

② In the 1700s, a large, religious revival was occurring within the American colonies. Steering away from theological rhetoric, preachers like George Whitefield stressed to their followers on building a personal relationship with God. This massive religious revival came to be known as the Great Awakening. Many political historians believe that the Great Awakening was a social movement as well. With the advent of the Great Awakening, many colonists were influenced by it and became more spiritually active. Thus, it was one of the first moments where a large number of colonists shared a similar, distinct view from those of the Anglican Church which very much focused on theological dogma. With a spiritually awakened populace, many colonists began establishing higher education institutions to train a future generation of clergy. In addition, due to the emphasis on shunning materialism by many Great Awakening preachers, social class divisions became more visible to the colonists.

# DEFENDANT'S EXHIBIT

# COLLEGE OF DUPAGE 9

20 +
20

Mohammed H. Khan

Hammurabi, Response Paper #1

1/26/2018

WORD COUNT.

     Lawmakers have been the most well-known personalities throughout history. Not only did lawmakers change the physical and political landscape, but the societal one as well. Their codes and laws affected all aspects of society, from the elites to the commoner. Some lawmakers were harsh on their view of justice, others lenient, and yet, there were others who tended to blend both. No matter if he/she was harsh, lenient, or both, their ultimate aim was to bring order to society and ultimately, justice. Those who transgressed and exceeded the laws and legal binds, were subject to be punished so as to discourage the offender and society at large from committing crimes, although realistically this wasn't always the case. Lawmakers did something which many conquerors and invaders couldn't do: effectively establish a comprehensive law. One such example of a lawmaker like this was Hammurabi, a king of ancient Babylon in modern-day Iraq.

     King Hammurabi was the son of another powerful king named Sin-muballit. Little is known about his immediate family except his sister and first-born son and eventual heir, Samsuiluna. Hammurabi inherited his father's kingdom at a young age as was customary during nation-states of the time. Historians figure that it is plausible that Hammurabi may have already been entrusted with administrative duties during his predecessor's reign. Nonetheless, Hammurabi became known as a warrior, administrator, conqueror and above all, a lawmaker. Although he wasn't the first, Hammurabi is credited with being one of the first effective lawmakers of history. His 'law' was inscribed onto 12 tablets by different scribes. In today's era, many of Hammurabi's punishments would have been considered harsh. For example, one edict states that a son who strikes his father should have his fingers amputated. Historians credit ✓

Hammurabi as being the first to establish the "Law of Retaliation," that being "An eye for an eye, and tooth for tooth."

In terms of politics, Hammurabi desired to control the Euphrates waters, which had rich deposits of soil, fertile for farming. His last fourteen years of life were marked by external internecine warfare which also led to the weakening of the Babylonian empire. Due to the fact that Hammurabi had many contemporaries who also vied for the same resources, it was only plausible that there would be conflict over it. During Hammurabi's reign, there were also alliances formed to further joint interests. However, these alliances would continuously shift depending on who had the upper hand in the region.

As an avid reader of global history, Hammurabi is a character familiar to me. Reading about his life paints a detailed picture of how life was thousands of years ago. As stated in class, societies back in early history tended to be very static and not very susceptible to change. In addition, life was also very harsh for the common masses. Drought, famine, warfare, and poverty were the hallmarks of society back then. Bringing order to a society such as this is complex and difficult, at times risky and even fatal. Hammurabi was one of those few individuals who stabilized his own society and set forth to conquer others.

A factor that contributed to the rise in Hammurabi's popularity and overall stability of power during his era was the personal approach he ruled with. As in many cases, subjects feel their king to be a distant figure surrounded by a sophisticated bureaucracy. However, this wasn't the case for Hammurabi. He managed to gain the support of his people by paying special attention to their needs and services. For this, he was awarded with love, loyalty, and support from his subjects: a priceless commodity in those days of treachery and cut-throat, literally, competition from rival kings to gain control over Mesopotamia.

# DEFENDANT'S EXHIBIT

# COLLEGE OF DUPAGE 10

Hamzah Khan

Homer's Ideal; The *Iliad*, Response Paper #2

1/31/2018

670 words

One of the few written pieces of literature in early history was the poem *Iliad* written by the blind poet, Homer. It mostly focuses on the Trojan War between the ancient city of Troy and the Greeks. It is compiled into 24 different volumes, and the primary protagonist is the war-hero, Achilles. Although there is no solid evidence, many scholars believe that the *Iliad* was not limited to a single author, rather, it is believed that many other people could have contributed to it as well. Scholars of this opinion base this claim on the fact that in its earlier stages, the *Iliad* was passed down orally from generation to generation. Although fact and myth have been intertwined in this epic poem, historians can draw a lot of historical data from it. For example, the *Iliad* gives a detailed picture of how life was in the early days of the Mediterranean city-states. It also gives a description was in nearly all societal aspects of daily life. From this, historians can deduce and ultimately paint a detailed description of life of Mediterranean culture in its earlier days with other such historical evidences.

The *Iliad* is set in an era when the ancient Greeks and Trojans were at war, what we know today as the Trojan War. The Greeks and Trojans were drawn into war because of Helen, the wife of King Menelaus of Greece. Helen was taken by the Trojan prince, Paris, as a fulfillment of a promise made to him from the Greek goddess, Aphrodite. As such he went in

search of this promise and ended in taking Helen back to Troy. This move would culminate in King Menelaus and his Greek allies setting sail for Troy and waging war against it. The Trojan War dragged on for nine years in which proved to be a stalemate with neither side gaining any ground. According to the *Iliad*, gods and goddesses were also split between the sides, but eventually ended in the destruction of Troy.

The city of Troy was surrounded by massive impenetrable walls which were based on limestone, thus making any attempt to scale it, impossible. According to the *Iliad*, the Greeks came up with a plan to infiltrate Troy by sending a wooden horse as a "gesture" of peace. However, the "Trojan horse" was full of Greek soldiers who, unbeknownst to the Greeks, had successfully infiltrated into the city. By nightfall, while the Trojans were celebrating, Greek soldiers within the horse stepped out, killed Trojan guards, and opened the gate for the remainder of the army to sweep into the city and thereby destroy it. The *Iliad* states that this decision was predetermined by the gods and goddesses who allowed the Greeks to eventually gain the upper hand and ultimately crush the Trojans.

Throughout the *Iliad*, one can see the values that Greeks held in utmost value. Bravery, chivalry, loyalty to one's nation and king, and overall shrewdness in battle which reminds one of the saying, "all is fair in love and war" were all character traits which were admired by the Greeks. Free males who owned land were guaranteed to have some power in this period. Although there is evidence showing that aristocratic women played a role in politics and became legal wards of their husbands' estates, it was nonetheless shadowed by the fact that many girls were forced into marriage at an early age. It was common for fathers to sell their

daughters into marriage according to what they saw as fitting to their interests. However, in comparison to other societies in the West, women had a greater degree of freedom in ancient Greece than their contemporaries.

Personally, I think the ancient history of Greece is fascinating because I am an avid fan of the movie, 300. Although the city-states of Greece and Athens fought a series of wars against each other, it is important to note that in face of a common enemy, such as the Persians, they tended to unite forces to drive it away.

# DEFENDANT'S EXHIBIT

# COLLEGE OF DUPAGE 11

Hamzah Khan

20+
20

The Funeral Oration of Pericles, Response Paper #3

2/2/2018

651 words

Pericles is one of the most well-known Greeks known to the Western world. He was originally from Athens, Greece and would become a famous statesman, orator, and politician of this ancient city. He was known to be very influential and commanded a wide array of followers. He was chiefly known for his eloquence during speeches which made him one of the best orators among contemporaries. Pericles reached the zenith of fame during the Greco-Persian Wars between the Greeks and the Persians. His fame as an eloquent and passionate speaker led to him being supported by a wide range of Athens' populace. Pericles was also a known advocate for Athenian democracy and was called "Athens' first citizen."

Pericles' most well-known piece of oration was during the end of the first year of the Greco-Persian Wars against the Persians. It was during an era when the constantly-warring city-states of Greece temporarily put aside their differences and agreed to jointly fight the forces of Persia. Former enemies -such as Athens and Sparta-united in a show of common faith and support for their homeland. This oration was given to boost the spirits of the Greeks, particularly Athenians, which were soaring high with feelings of patriotism and nationalism. Pericles started off his oration by praising the heroes of Athens who had fallen in battle against the invading Persians. He characterized them as among those valiant men who had fought and

died in service of his city and freedom.

Pericles then proceeded to praise Athens and its functioning democracy of the time, praising its uniqueness in comparison to other societies which were run by autocrats or oligarchs. He explains that Athenian democracy is unique in that it allows men to advance based on merit rather than on class or wealth, thus appealing to the middle and low classes. However, it is important to note that according to historians, only free, land-owning, Athenian males could participate in politics at this time. Women, slaves, and those who possessed no land were not officially allowed to vote and have a say in electing officials and representatives.

And as is with nations that become powerful after having defeated an enemy, there often tends to be a shift towards imperialism. Athens was one such city in addition to Sparta that wished to control all of Greece. As such, Pericles justified Athens' imperialism on two basis: control of all sea routes, thereby controlling all trade and making Athens rich; and countering Sparta whose powerful warriors were known to pose a threat to Athens and thus led to the Peloponnesian War.

The entire oration could be summed up as praising Athens and its people. Those who had died fighting for the sake of Athens would be considered heroes as those who had fought for freedom. Personally, I believe that Pericles had plans to become a leader of Athens, which eventually did happen, and shrewdly utilized this moment of high emotions and patriotism to gather support. After the Greco-Persian Wars ended, Pericles did indeed become one of the heads of Athens and led them in the Peloponnesian Wars against the Spartans and its allies.

Sparta and Athens are often depicted as rivals and rightfully so. The two would unite in

the face of Persian invaders while coordinating military efforts to do so. Athens with its superior naval power and Sparta with its ground forces would hand the Persians a devastating defeat which would conclude the Greco-Persian Wars. However, as Athenian influence spread and an empire slowly arose, Sparta and its allied became alarmed. The tensions between Athens and Sparta would eventually erupt into open warfare as both sides constantly fought back and forth for nearly three decades. The effects of such warfare would lead to the fall of Athens and Spartan dominance over Greece. Athens would never fully recover its glory and its agrarian society was destroyed after succumbing to Sparta and its allies.

# DEFENDANT'S EXHIBIT

# COLLEGE OF DUPAGE 12

Hamzah Khan

Plutarch, The Assassination of Julius Caesar

Response Paper #4

630 words

One of the most notable assassinations of history was the assassination of Julius Caesar, emperor of the Roman Empire. In addition to its gruesome nature, it also involved a lot of treachery and betrayal which included Emperor Caesar's best friend Brutus. Historians have attributed many factors to the assassination of Julius Caesar. Some have stated that it was due to obvious political ambition and one in which rivals both had vested interests. Others have stated that Roman politicians wanted the Roman Empire to transition into a republic because they felt that Caesar was becoming too much of a tyrant and usurping increasing amounts of power. However, it was a built up of grievances which led to the assassination of Caesar. To understand the full nature of the assassination of Julius Caesar, it is important to know the circumstances surrounding his death. It is stated by historians that the boiling point was when Julius Caesar appointed loyal members of the army to rule the empire after he decided to embark on a campaign. The politicians were particularly upset at the notion of taking orders from their underlings, which were in the army, after being appointed by the emperor. Due to appointing loyalists to positions of power, many politicians believed that Caesar was heading towards a more tyrannical form of rule.

In my opinion, towards the later end of his years, Caesar did end up heading towards being a tyrant. As mentioned earlier, it is only fitting for an autocrat to place his underlings and

loyalists in positions of power and have an upper hand over his rivals. Thus, as the Roman Empire became more embroiled in wars at its frontiers it became incumbent to have stability within the empire. From Caesar's point of view, I believe that he was justified in doing so because of the constant threat of internal rebellions from disgruntled subjects or power-hungry politicians. Thus, it only lends credence to Caesar's decision to appoint those who he expected the least betrayal to be appointed in positions of power.

Those who assassinated Caesar, notably Brutus, expected to convert the Roman Empire into a republic due to what they perceived as a counter to the growing dictatorial form of government being imposed by Caesar. Brutus justified his actions by believing that it was necessary to re-establish the Roman republic. However, he was also a bad judge of character as he failed to assassinate Mark Anthony who was Caesar's right-hand man. When a senator proposed having Anthony killed, Brutus is reported to have stated that they were sacrificers and not butchers. Nonetheless, this move resulted in the assassins defeat in the Battle of Philippi in 42 B.C by Mark Antony and those loyal to the Emperor Caesar. As is with most successful political purges, nearly all of the ousted leader's associates and loyalists are deposed or won over. Brutus failed to realize this by believing that cutting of the head, Caesar, would eliminate the obstacle from Rome becoming into a republic. Had he purged all of Caesar's loyalists, including Mark Anthony, his faction would have successfully seized power instead of allowing their rivals to regroup and ultimately re-seize power from the assassins.

The senators had misjudged their actions in not effectively carrying out the purge against Caesar's loyalists. This would come to haunt them as they would effectively have power snatched from them by Caesar's loyalists and inevitably transformed into a dictatorial system

lead by rulers like Octavian.  Not only did the assassins misjudge the political influence of Caesar, but also the support he enjoyed support amongst the lower and middle classes of Roman society. At news of his assassination by a handful of aristocrats, many people of these classes became enraged and turned against the assassins thereby crushing the attempted takeover.

# DEFENDANT'S EXHIBIT

# COLLEGE OF DUPAGE 13

20/20

Hamzah Khan

Einhard, *The Life of Charlemagne*

Response Paper #5

609 words


One of the most notable figures in history is the king of the Holy Roman Empire, Charlemagne. He is credited with bringing most of western Europe under his control and uniting it under his authority. Some historians consider Charlemagne to be the founder of Europe as he was the first one to unite western Europe since the downfall of the Western Roman empire. Although he is much appreciated in western Europe, many eastern Europeans are generally skeptical of him. This goes back to the early schism between the Eastern Orthodox church and its Byzantine empire, which was formed on the remnants of the Eastern Roman empire in the city of Byzantium (modern-day Istanbul). Back then, there was great animosity between the Eastern Orthodox and Catholic church in Europe. Largely due to the Catholic pope giving the title of "Holy Roman Emperor" to Charlemagne, many Eastern Orthodox Byzantines refused to recognize his authority.


One of the most comprehensive biographies written on Charlemagne was written by Einhard, a loyal servant of the court. His works are divided into five books and discuss the early days of the Carolingian empire and its evolution to the "Holy Roman

Empire," Charlemagne's political aspirations and goals, his personality and character, and the legacy he left behind for his heirs.

Charlemagne was the son of Pepe the Short, a Frankish mayor of King Childeric III. He was appointed king by Pope Stephen of the Catholic church to lead the Franks. After the death of Pepe, the pope divided the empire between Charlemagne and his brother Carloman. However, Carloman would die two years later leaving Charlemagne the sole ruler of the empire. After consolidating his power, Charlemagne moved to resume campaigns against external enemies including the Saxons of France and Italian tribes. Although Italy was subjugated early on during Charlemagne's reign, the campaigns against the Saxons would drag on for thirty years. Einhard points this to the Saxons who were unwilling to submit to the authority of Charlemagne. He explains that the Saxons would be pushed to points of desperation by Charlemagne's forces and agree to treaties and promises. However, they would renege on their promises and breach treaties on numerous accusations thereby resulting in a prolonged war against them. After thirty years, the Saxons would be successfully subjugated, converted to Christianity, and integrated into the Frankish empire. Charlemagne was known for fighting wars on numerous fronts against external threats. Some historians believe this was a strategy to keep newly conquered subjects busy in fighting against enemies thereby lessening the chances of rebellion against him. An example of this would be Charlemagne's invasion of Muslim Spain, in the west, during his campaigns against the Saxons. This was followed by attacks against the Slavs of the east. In addition to his

hawkish policy, Charlemagne was also known to have friendly diplomatic relations with emperors of different nations. He also partook in beautifying his empire to make it more attractive and engaged in revival of cultural arts and intellectual tradition. He also formed a large naval fleet to contest those in the Mediterranean.

Einhard's , *The Life of Charlemagne*, is well organized and provided insight into the life and reign of Charlemagne. The details depict how he was able to consolidate power and build a reputation for himself in Europe as well as the Middle East. However, as a loyal servant of Charlemagne, it is important to note that Einhard likely had unsurprising biases for his king. Thus, for a true Charlemagne enthusiast, it is important that one read other works by other historians to develop a clearer portrait of Charlemagne as king and sovereign of the Holy Roman Empire.

# DEFENDANT'S EXHIBIT

# COLLEGE OF DUPAGE 14

Hamzah Khan

Sermon on the Mount

Response Paper #6

613 words

One of the most widely revered books today is the Christian Bible. Many devout Christians try to implement teachings of the Bible in their everyday lives. The Bible is divided into two parts: the New and Old Testament. The Old Testament talks about the world before the arrival of Jesus: the main figure in Christianity. This includes stories about the previous Prophets and their nations. The Old Testament is largely believed to have been written and included in the Bible as a means of teaching early Christians about history and morals from past nations. It is believed that God teaches Christians to not follow those who were disobedient to Him and follow the example of those who were obedient. These stories include the story of Moses and the early Israelites and those who came before them. Some chapters within the Bible are lengthy and contain detailed stories about Prophets and nations that preceded the early Christians. Stories like that of Moses and the early Israelites are narrated in great detail from their enslavement in Egypt to the arrival at the Promised Land. And as stated earlier, the purpose of these stories was not solely for the sake of storytelling but for the sake of conveying a moral at the end. For example, when Moses went up to Mount Sinai to receive the Tablets from God, many of the Israelites who were awaiting for Moses to descend created a golden calf for them to worship. When Moses came down the Mount, he broke his tablets in a

rage to see that the Israelites had committed such a grave sin. As such, God punished them for this act and made it an example for future generation not to follow. Thus, it is stated in the Old Testament that God stated, "You shall not make for yourself an image in the form of anything in heaven above or on the earth beneath or in the waters below" (Exodus, 20:4). There are also other commandments such as "Thou shall not steal" and "Thou shalt not murder" in the Book of Exodus as well in addition to multitudes of other laws which would eventually lead to the formation of modern-day Talmudic law followed by those who practice the Jewish faith.

The other part of the Bible is the New Testament. As stated earlier, the New Testament follows the life of Jesus and his early disciples. Many of the stories in the New Testament relate to Jesus' teachings and his many miracles which were performed to show the power of the Father in order to attract people to the teachings of Jesus. The New Testament teaches that at that time, Jewish society was corrupted with immoral practices and evil such that a savior was needed in order to save the entire Israelite nation from being destroyed. Some of these teachings are recorded in the Gospel of Matthew and titled under the "Sermon on the Mount." Matthew was an early disciple of Jesus and was baptized by John the Baptist. The Sermon on the Mount is the longest piece of teaching from Jesus in the New Testament, and occupies chapters 5, 6 and 7 of the Gospel of Matthew. These teachings have formed a core tenet of Christian ethics and theology. Modern-day historians compare the "Sermon on the Mount" to the teachings of other religions such as those in Buddhism and Islam. These being that they both teach their adherents to follow basic morality and adhere to their respective

religion's theology. Not only is it similar to Islam and Judaism, it is also similar to other religions like Judaism, Hinduism, Jainism and majority of religions found in this world today.

# DEFENDANT'S EXHIBIT

# COLLEGE OF DUPAGE 15



© 2012 Scantron Corporation. ALL RIGHTS RESERVED. U.S. Patent NOS. 7,298,901 B2, 8,718,535

## WESTERN CIVILIZATION TEST COD S 18

Name _Hamzah Khan_                                          Date _7/16/2018_

**Multiple Choice Questions 1.5 points each**

1. The Neolithic Revolution included:
    a. a slow transition from hunting and gathering to an agricultural society
    b. the rise of settled villages and towns
    c. the gradual domestication of animals
    d. all of the above
2. The Code of Hammurabi:
    a. helped keep Babylonian society relatively equal
    b. was a harsh law code that afforded some justice for all social classes
    c. had little to do with criminal laws as such
    d. does **not** provide us with the value system in Mesopotamia
3. Egyptian pharaohs ruled and derived their authority from:
    a. the military
    b. the people
    c. the principle of Ma'at
    d. the elder male citizens
4. The Old Testament, in describing the exodus, relates:
    a. the Hebrews' special covenant with their god Yahweh
    b. how the Hebrews came to be the "chosen people" of God
    c. the Hebrews' flight from Egypt under the guidance of Moses
    d. all of the above
5. All of the following are prominent features of Greece's topography **except**
    a. large plains
    b. bays and harbors
    c. mountains
    d. valleys
6. The chief center of Minoan Crete was:
    a. Athens
    b. Sparta
    c. Cnossus
    d. Thebes
7. Homer's Iliad points out:
    a. the honor the Greeks saw in warfare
    b. the exalted position of women in Greek society
    c. the absolute abhorrence of violence by the Greeks
    d. the Greeks' rejection of slavery
8. The polis was the Greek name for:
    a. county
    b. police
    c. people
    d. city-state

37.5
25 +
30 +

93
100

Hamzah: Great test.
excellent writing. Thank
for your strong effort.

9. In Sparta:
   a. life resembled that of a military camp
   b. there were no class distinctions
   c. helots (slaves) were treated well and could be expected to lead long lives
   d. the government allowed for no democratic procedure
10. The Peloponnesian War resulted in:
   a. The consolidation of Pericles' power
   b. the defeat of Athens and the collapse of its empire
   c. the capture of the Persian queen by Aristagoras of Miletus
   d. the Persian defeat of Sparta
11. The Philosophy known as Stoicism:
   a. was dedicated to Zeus, chief of the Greek gods
   b. never achieved widespread popularity and died out with its founder Zeno
   c. regarded a life of public service as noble
   d. rejected equality among humans as a pipe dream
12. Socrates was condemned to death for:
   a. corrupting the youth of Athens
   b. leading a political coup attempt
   c. killing one of his followers in a rage
   d. marrying his cousin
13. Which of the following phrases best describes the social situation of Greek women?
   a. Women were kept under strict control and were always assigned a male guardian
   b. Women were afforded equal rights with men in the ownership of property
   c. Women were often allowed to participate in the polis' democratic politics
   d. Women were not allowed to participate in religious festivals
14. In establishing his empire, Alexander the Great:
   a. saw himself as a descendant of Greek gods and heroes
   b. combined Greek and Persian practices to allow its administration
   c. allowed intermarriage between his soldiers and native Persian women
   d. all of the above
15. Upon the death of Alexander:
   a. power was passed on to his teenage son
   b. there was a period of tranquility under the leadership of his wife, Roxanne
   c. generals became involved in a power struggle
   d. power was turned over to his favorite general, Seleucas
16. Livy's account of Cincinnatus:
   a. was used to teach the Roman people the treachery of tyranny
   b. was written as an act of defense against the government
   c. tells the story of the founding of Rome
   d. tells how the virtues of the duty and simplicity enabled Rome to survive in hard times
17. The Paterfamilias in Roman society was:
   a. a client to a patron or wealthy citizen
   b. the male head of the household
   c. an upper-class aristocrat
   d. a common person

18. The Twelve Tables were:
    a. the meeting place of the Roman Senate
    b. used to inspire a new religion in Rome
    c. part of the Roman festival of spring
    d. the first formal codification of Roman law and customs
19. During the initial phases of the First Punic War:
    a. Roman armies devastated parts of North Africa
    b. The Carthaginian Hannibal invaded Italy from the north
    c. Roman navies suffered severe losses
    d. There was a virtual stalemate
20. The Second Punic war saw Carthage:
    a. try to force a naval war in the Mediterranean as a precursor to invasion
    b. precipitate the war by encroaching on Roman Gaul
    c. enlist the forces of the Mongols of eastern Europe
    d. carry a land war to Rome by crossing the Alps
21. At the battle of Cannae:
    a. the Romans suffered a devastating defeat
    b. the Romans defeated the army of Hannibal
22. The result of the Third Punic war was:
    a. an alliance between Rome and Carthage
    b. the complete destruction of Carthage
    c. the sacking of Rome
    d. Rome withdrew from the Mediterranean
23. The Romans' most noticeable innovations in art and literature were found in:
    a. sculpture
    b. drama
    c. architecture
    d. philosophy
24. The Roman Praetorian Guards:
    a. were elite troops given the task of protecting the emperor
    b. were mobile units meant to patrol the boundaries of the empire
    c. were often used to train the gladiators
    d. were cavalry used to spearhead military offensives
25. The event that curtailed Augustus's expansionistic policies was:
    a. the Senatorial rejection of imperialist policy in 20 BC
    b. the defeat of Varus in the Teutoburg Forest
    c. the revolt of the Egyptians in 14B.C.
    d. the successful series of invasions by the Parthians in the east
26. Imperial Rome's gladiator shows:
    a. became increasingly associated with religious practices
    b. were government-backed spectacles used to content the masses
    c. were limited to fights between slaves and criminals trained at gladiator schools
    d. paled in popularity to the Circus Maximus
27. The early values of Christianity, as exemplified in Jesus Christ's sermon on the mount:
    a. emphasized humility, charity, and brotherly love

    b.  were similar to those of Greco-Roman civilization
    c.  emphasized the equality between the earthly and spiritual kingdoms
    d.  all of the above

28. The successful growth of Christianity from the second through fourth centuries can be attributed to:
    a.  the centralized organization of its various church communities
    b.  its satisfying an emotional need to belong
    c.  its universal appeal to all classes
    d.  al of the above
    e.  a, b

29. The basic rule for western monastic living was developed by:
    a.  Benedict
    b.  Pachomius
    c.  Jerome
    d.  Ambrose

30. In 410 AD , Rome was sacked by the:
    a.  Burgundians
    b.  Visigoths
    c.  Huns
    d.  Persians

**In three or four sentences Identify Five (5) of the following terms and tell what their historical significance is.**   ----------5 points for each Identification------

1. Alexander the Great
2. Polis
3. Latifunda
4. Plebians
5. Imperium
6. Ma 'at
7. Pericles
8. Homer
9. Delphic Oracle
10. The Gracchi Brothers
11. Hannibal
12. *Pax Romana*
13. Charles Martel
14. Hagia Sophia
15. Cleopatra

**Essays 15 points each.**

1. What caused the end of the Roman Republic? Consider political, economic, and social problems.
2. Discuss the organization of the Athenian democratic system. Was it a democracy? In what ways is Athenian democracy similar to American democracy? In what ways is it different?

1. Alexander the Great was a Macedonian conqueror who was the son of Philip I. He would go on to conquer most of the known world. One of Alexander's mentors was the Greek philosopher Aristotle. During Alexander's conquests, he married Roxana, a woman known as the most beautiful in the east.

2. Homer was a blind poet from ancient Greece. He would most famously author the Iliad in which he detailed the war between Mycanae and Troy. Homer's Iliad would influence the one who would unearth the ancient city of Troy.

3. Charles Martel was an ancient Frankish king. Martel roughly translates to "Hammer" due to his battles against the Moors. The most significant battle between Martel and the Moors would be the Battle of Tours. Thereafter, Martel would be known as a savior of Christendom.

4. The Hagia Sophia was an ancient church in the city of Byzantium. After the conquest of Byzantium by the Ottoman Turks, the church was made into a mosque. Today, it is known as the "Blue Mosque," in Istanbul, Turkey. The Hagia Sophia was known for its picturesque mosaics of early Christian saints and priestesses.

5. After Alexander the Great's conquest of most the known world, most of it remain Hellenized. One of these Hellenized kingdoms was in Egypt, and ruled by Cleopatra. She would give birth to one son for the Roman emperor Caesar and later for Mark Antony. Cleopatra committed suicide after the death of Antony by poisoning herself.

ESSAY

① Historians attribute the fall of the Roman Republic to a number of socio-political and economic factors. In regards to social circumstances, political infighting was a norm within Roman politics. Frequent political infighting would ensue at, and finally play a major role in the downfall of the Roman Republic. In addition, as wealth streamed into Rome, it widened the gap between the upper and lower classes, thereby causing greater friction between the two. In regards to economic circumstances, many of Rome's finances came from war profits. As Rome's conquests slowly ground to a halt, war revenue also stopped. This would have a tremendous effect upon the populace as dissatisfaction grew at the establishment. In addition, as Roman reliance on slaves grew and their numbers increased, slave rebellions also erupted frequently. An example of this would be a massive slave revolt in Sicily in which slaves took over most of the island during 136-180 B.C. As a result of these factors in addition to numerous other mitigating ones, the Republic of Rome fell thereby paving the way for the Roman empire.

One of the first establishments of democracy was in Greek city-state of Athens. Known as the intellectual center of the ancient Mediterranean, democracy flourished under leaders like Pericles. In comparison to modern-day American democracy there are a number of differences and similarities. Early American democracy can be stated as having been more similar to Athenian democracy, the reason being that only landholding citizens of the could have any say in political and governmental affairs. However, in modern day American democracy, almost everyone can vote and have a say in political matters and influence them. Athenian democracy barred women, slaves and landless males, initially from participating in government. However, in modern-day democracy majority and minority could vote.